# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TREMAIN HOGAN, | Case No. 2:22-cv-03741 |
| Plaintiff, | District Judge James L. Graham |
| vs. | Magistrate Judge Caroline H. Gentry |
| RYAN HOUSEHOLDER, *et al.*, | |
| Defendant. | |

## SCHEDULING ORDER

This case is exempt from the requirements of Rules 26(a)(1) and 26(f)(1) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv); S.D. Ohio Civ. R. 16.2. Therefore, pursuant to Rule 16(b), the Court orders that this matter shall proceed as follows:

DISCOVERY shall be completed no later than September 1, 2023.

DISPOSITIVE MOTIONS shall be filed no later than November 1, 2023.

The Court will schedule final pretrial conference and trial by separate order following resolution of any dispositive motions.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge