# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| TREMAIN HOGAN, | : Case No. 2:22-cv-03741 |
| Plaintiff, | : |
| | : District Judge James L. Graham |
| vs. | : Magistrate Judge Caroline H. Gentry |
| RYAN HOUSEHOLDER, *et al.*, | : |
| Defendants. | : |

# ORDER APPOINTING COUNSEL

This civil rights matter is before the Court to consider Plaintiff Hogan's motions asking the Court to appoint counsel to represent him. (Doc. Nos. 41, 48.) The Court finds his request to be appropriate and will appoint counsel at this time. The motions are accordingly **GRANTED**.

Pursuant to 28 U.S.C. § 1915(e)(1), the Court has asked Mr. Brady R. Wilson, Esq. to act as *pro bono* counsel for Plaintiff Hogan in this case, and Mr. Wilson has agreed to do so. The Court therefore **APPOINTS** Mr. Wilson to act as counsel for Plaintiff Hogan for the remainder of the case before this Court.[1] This appointment does not, at this time, extend to any other cases pending in this Court or in other courts.

The Clerk of Court is **DIRECTED** to provide a copy of this Order to Mr. Wilson,[2] who shall promptly enter his appearance in the record.

---

[1] Although the Court is unable to provide compensation for his services, appointed counsel is advised that he may seek reimbursement of his *pro bono* attorney expenses under the District's General Order No. 19-03.

[2] Brady R. Wilson, Esq., Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, Ohio 43215.

This matter is also before the Court on Plaintiff Hogan's motion asking the Court to schedule a pretrial conference. (Doc. No. 46.) Given the appointment of counsel, the Court will **DENY** this motion without prejudice. Counsel may seek a pretrial conference at a later time if necessary.

**IT IS SO ORDERED**.

                                             */s/ Caroline H. Gentry*
                                             Caroline H. Gentry
                                             United States Magistrate Judge